**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARY CHARLOTTE FRANKLIN**                                                **PLAINTIFF**

**v.**              **CASE NO. 5:09CV00383 BSM/HDY**

**MICHAEL ASTRUE, Commissioner
Social Security Administration**                                           **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that the final determination of the commissioner is affirmed and that plaintiff's complaint is dismissed with prejudice.

DATED this 17th day of March, 2011.

                                                                                     _____
                                                                            UNITED STATES DISTRICT JUDGE