# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARY CHARLOTTE FRANKLIN**                                                   **PLAINTIFF**

**v.**               **CASE NO. 5:09CV00383 BSM/HDY**

**MICHAEL ASTRUE, Commissioner**
**Social Security Administration**                                            **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 17th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE